# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| STRIKE 3 HOLDINGS, LLC, | Case Number: 2:18-cv-00944-JAD-GWF |
|---|---|
| Plaintiff, | |
| vs. | **[PROPOSED] ORDER ON PLAINTIFF'S EX-PARTE APPLICATION FOR EXTENSION OF TIME WITHIN WHICH TO EFFECTUATE SERVICE ON JOHN DOE DEFENDANT** |
| JOHN DOE subscriber assigned IP address 68.108.87.86, | |
| Defendant. | |

THIS CAUSE came before the Court upon Plaintiff's ex-parte application for entry of an Order extending the time within which to effectuate service on John Doe Defendant with a summons and Complaint, and the Court being duly advised in the premises does hereby:

ORDER AND ADJUDGE: Plaintiff's application is granted. Plaintiff shall have until October 26, 2018 to effectuate service of a summons and Complaint on Defendant.

**IT IS SO ORDERED.**

*/s/ George Foley Jr.*
_____
**UNITED STATES MAGISTRATE JUDGE**

**DATED:** 8-22-2018

1